IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT WASHINGTON,<br><br>      Petitioner,<br><br>      vs.<br><br>JAMES YATES,<br><br>      Respondent.<br>_____/ | 1:08-cv-00431-LJO-SMS (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(DOCUMENT #10)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 23, 2008, petitioner filed a motion to extend time to opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file opposition to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   June 27, 2008**          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE