IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT WASHINGTON, | 1:08-cv-00431-LJO-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND |
| JAMES YATES, | RECOMMENDATIONS |
| Respondent. | (DOCUMENT #14) |
| _____/ | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 12, 2008, petitioner filed a motion to extend time to file objections to Magistrate Judge's findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to Magistrate Judge's findings and recommendations.

IT IS SO ORDERED.

**Dated:   September 19, 2008           /s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE