UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KURT WASHINGTON, | ) | 1:08-CV-00431 LJO SMS HC |
| Petitioner, | ) ) | ORDER STAYING FINDINGS AND RECOMMENDATION |
| v. | ) ) | [Doc. #13] |
| JAMES YATES, | ) ) | ORDER TO PROVIDE FURTHER BRIEFING |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On August 13, 2008, this Court issued a Findings and Recommendation which recommended Respondent's motion to dismiss for mootness be granted. On October 20, 2008, Petitioner filed objections to the Findings and Recommendation.

In recommending dismissal of the petition, the undersigned agreed with Respondent that Petitioner's loss of work-time credits had no bearing on his release date because work-time credits are computed in determining when Petitioner becomes eligible for parole. Petitioner has already become eligible for parole; therefore, a restoration of credits would have no effect upon the length of

his sentence. Further, the Court determined that Petitioner had failed to allege collateral consequences sufficient to avoid dismissal on the ground of mootness.

In his objections, Petitioner lists multiple reasons why his petition should not be deemed moot, but only one of them amounts to a collateral consequence that affects the length of his sentence, and that is the use of the prison disciplinary violation in denying Petitioner parole. Petitioner states the parole board has met and denied him parole based on his failure to remain disciplinary-free, and it is the instant disciplinary action which resulted in this finding. Petitioner has provided the face sheet to the parole decision which shows Petitioner was denied parole for one year on February 26, 2008. The face sheet further shows that the parole panel recommended that he stay disciplinary-free, earn positive chronos, and get self-help. The face sheet does not provide the reason for the denial. If in fact Petitioner was denied parole because of the instant disciplinary action, the Court agrees with Petitioner that the petition would not be moot. The Court finds further briefing is necessary for resolution of this issue.

Accordingly, IT IS HEREBY ORDERED:

1) The Findings and Recommendation of August 13, 2008, is STAYED;

2) Respondent is DIRECTED to provide a copy of the parole board hearing decision and further brief the issue of mootness as it relates to the parole decision within thirty (30) days of the date of service of this order; and

3) Petitioner is GRANTED thirty (30) days following the filing of Respondent's brief to file a reply.

IT IS SO ORDERED.

**Dated:   December 4, 2008**           /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE