UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KURT WASHINGTON, | ) | 1:08-CV-00431 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILING TO COMPLY WITH A |
| | ) | COURT ORDER |
| | ) | [Doc. #17] |
| JAMES YATES, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO SERVE ORDER ON ATTORNEY |
| | ) | GENERAL |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 8, 2008, the undersigned issued an order directing Respondent "to provide a copy of the parole board hearing decision and further brief the issue of mootness as it relates to the parole decision within thirty (30) days of the date of service of [the] order." Over thirty (30) days have passed, and Respondent has not responded to the court order. Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1 | Accordingly, Respondent is HEREBY ORDERED to, within fifteen (15) days of service of
2 | this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply
3 | with a court order.
4 | IT IS SO ORDERED.
5 | Dated:    **January 21, 2009**                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE