UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KURT WASHINGTON, | ) | 1:08-CV-00431 LJO SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING ORDER TO SHOW |
| | ) | CAUSE ISSUED ON JANUARY 22, 2009 |
| v. | ) | |
| | ) | [Doc. #18] |
| JAMES YATES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 22, 2009, the undersigned issued an Order directing Respondent to show cause why sanctions should not be imposed for failure to comply with a court order. Specifically, Respondent had failed "to provide a copy of the parole board hearing decision and further brief the issue of mootness as it relates to the parole decision within thirty (30) days" as ordered by the Court on December 8, 2008.

On February 11, 2009, Respondent filed a response to the Order to Show Cause as well as a copy of the parole board decision. Contemporaneous with this filing, Respondent also filed his responsive brief. Counsel for Respondent states he inadvertently failed to calendar the Court's order and thus neglected to file a timely response. Counsel also states he was ill and was carrying an

1  abnormally heavy case load during the relevant time period.

2     Good cause having been presented and GOOD CAUSE APPEARING THEREFOR, the
3  January 22, 2009, Order to Show Cause is HEREBY VACATED. As set forth in the Court's
4  scheduling order, Petitioner is GRANTED to and including **March 13, 2009**, to file a reply brief.
5  IT IS SO ORDERED.

6  **Dated:   February 20, 2009**          /s/ **Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE